UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | No. 2:19-cv-0561-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| MORTGAGE BANK OF CALIFORNIA, | |
| Defendant. | |

Presently pending before the court is plaintiff's motion for electronic case filing and motion for entry of default judgment. (ECF Nos. 6, 9.)

Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. As such, the motion is DENIED.

Additionally, plaintiff's motion for default judgment is premature, because the Clerk of Court has not entered defendant's default. Consequently, the motion is DENIED WITHOUT PREJUDICE as premature.

////

////

1 | IT IS SO ORDERED.  This order resolves ECF Nos. 6 and 9.
2 | Dated:  April 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE