UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE BANK OF CALIFORNIA,<br><br>　　　　　Defendant. | No. 2:19-cv-00561-MCE-KJN PS<br><br><br>ORDER SETTING ASIDE<br>CLERK'S ENTRY OF DEFAULT |

On April 29, 2019, the Clerk of the Court entered a default judgment against Defendant Mortgage Bank of California. (ECF No. 11.) The following day, Defendant filed its answer to Plaintiff's Complaint, and thereafter requested the default be set aside. (ECF Nos. 12, 14). Plaintiff has filed a statement of non-opposition to Defendant's set-aside request, stating he "wish[es] to have the case heard on its merits." (ECF No. 15). The Court vacated the hearing on the matter, took it under submission. (ECF No. 16). Finding good cause to set aside the default under Fed. R. Civ. Pro. 55(c), the Court grants Defendant's motion.

Accordingly, IT IS HEREBY ORDERED that the entry of default (ECF No. 11) is SET ASIDE.

Dated: June 5, 2019

/Auss561

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE