1  Randall P. Choy (SBN 83194); rpchoy@hedanichoy.com
   Charlie W. Yu (SBN 268233); cyu@hedanichoy.com
2  HEDANI, CHOY, SPALDING & SALVAGINOE LLP
   595 Market Street, Suite 1100
3  San Francisco, CA 94105
   Telephone: (415) 778-0800
4  Facsimile: (415) 778-0700

5  Attorney for Defendant
   MORTGAGE BANK OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE BANK OF CALIFORNIA,<br><br>Defendant(s). | CASE NO. 2:19-cv-00561-MCE-KJN<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 24, 2019      */s/ Mark Aussieker*
                          MARK AUSSIEKER
                          In Pro Per


DATED: June 24, 2019      HEDANI, CHOY, SPALDING & SALVAGIONE
                          */s/ Charlie W. Yu*
                          CHARLIE W. YU
                          Attorney for Defendant,
                          MORTGAGE BANK OF CALIFORNIA

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Charlie W. Yu, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2019, at San Francisco, California.

*/s/ Charlie W. Yu*
CHARLIE W. YU

**ORDER**

Fed. R. Civ. P. 41(a)(1)(A) allows for dismissal without a court order where the plaintiff files (i) a notice of dismissal before the opposing party serves either an answer or motion for summary judgment, or (ii) "a stipulation of dismissal signed by all parties who have appeared."

On June 19, 2019, plaintiff requested dismissal of the entire action with prejudice under Rule 41(a)(1)(A)(i). (ECF No. 18.) The court denied this dismissal, as defendant had already filed its answer; the court ordered defendant to either stipulate to the dismissal or otherwise respond to plaintiff's request. (ECF No. 12, 19.) On June 24, defendant filed a joint stipulation to dismiss the action pursuant to Rule 41(a)(1)(A)(ii), which the court construes as plaintiff's notice of dismissal. (ECF No. 20.) Because no court order is necessary, the parties' stipulation is immediately effective. Nevertheless, in the interests of clarity, the court issues this order confirming dismissal of the action.

Accordingly, in light of the parties' stipulation, IT IS HEREBY ORDERED that:

1. The action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. The Clerk of Court is directed to close this case and vacate all dates.

IT IS SO ORDERED.

DATED: June 24, 2019

SD, auss.561

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE